UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JORGE LUIS SUAREZ-MAYA <br>     Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Rspondent. | CIVIL NO. 98-1106(PG) <br> CRIM. NO. 93-113(PG) |

# JUDGMENT

On this day the Court approved and adopted a Magistrate Judge's report and recommendation that petitioners' motion under 28 U.S.C. § 2255 be summarily denied.

WHEREFORE, judgment is hereby entered **Dismissing** petitioners' motion under 28 U.S.C. § 2255.

**IT IS SO ORDERED.**

San Juan, Puerto Rico    June 26, 2000.

                                JUAN M. PEREZ-GIMENEZ
                                U.S. District Judge

AO 72A
(Rev. 8/82)