UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 JAN 12 AM 10 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

| | |
|---|---|
| JORGE L. SUAREZ-MAYA,<br>    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | CIVIL NO. 98-1106(PG) |

### JUDGMENT

On this same date the Court has entered an Order granting petitioner's <u>pro se</u> "Motion To Voluntarily Withdraw Complaint" (Docket No. 19). WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING** the complaint **with prejudice** against the United States of America.

**IT IS SO ORDERED.**

San Juan, Puerto Rico January 11, 2001.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)